UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAIAH HALL,<br><br>          Defendant. | Case No. 25-mj-59 |

**UNOPPOSED MOTION TO VACATE STATUS CONFERENCE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through undersigned counsel, respectfully moves this Court to vacate the Status Conference scheduled for October 8, 2025. The Government expects that this matter will be set on a District Court judge's calendar before October 8, 2025, and that there will be no need for further hearings in Magistrate's Court.

The government also moves to exclude time under the Speedy Trial Act until such time as the case is heard by a District Court Judge, because such exclusion of time is necessary to facilitate the anticipated pre-trial disposition of this case. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned prosecutor conferred with defendant's counsel, who does not oppose vacating the October 8, 2025, status date or the requested exclusion of time.

WHEREFORE, the government respectfully requests that this Court grant its unopposed Motion, vacate the Status Conference currently scheduled for October 8, 2025, and exclude time under the Speedy Trial Act through and including the next date.

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          UNITED STATES ATTORNEY

Dated: October 6, 2025        By:    */s/ Karen L. Shinskie*
                                          Karen L. Shinskie

                D.C. Bar No. 1023004
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 730-6878
Karen.Shinskie@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAIAH HALL,<br><br>     Defendant. | CRIMINAL NO. Case No. 25-mj-59 |

**[PROPOSED] ORDER**

Upon consideration of the government's unopposed Motion to Vacate Status Conference and to Exclude Time Under the Speedy Trial Act, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Status Conference scheduled for October 8, 2025, is **VACATED**. It is further

**ORDERED** that time is exclude under the Speedy Trial Act until such time as the case is scheduled for a hearing before a District Court Judge with the consent of the parties and in the interests of justice.

SO ORDERED.

_____
Honorable Moxila A.Upadhyaya
United States Magistrate Judge